UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **CR521-0009** |
| | ) | |
| v. | ) | INDICTMENT NO. |
| | ) | |
| MARIA LETICIA PATRICIO, ET AL | ) | 18 U.S.C. § 1349 |
| | ) | Conspiracy to Commit Mail Fraud |
| | ) | |
| | ) | 18 U.S.C. § 1341 |
| | ) | Mail Fraud |
| | ) | |
| | ) | 18 U.S.C. § 1594 |
| | ) | Conspiracy to Engage in Forced Labor |
| | ) | |
| | ) | 18 U.S.C. § 1589 |
| | ) | Forced Labor |
| | ) | |
| | ) | 18 U.S.C. § 1956(h) |
| | ) | Conspiracy to Commit Money Laundering |
| | ) | |
| | ) | 18 U.S.C. § 1512 |
| | ) | Tampering with a Witness |
| | ) | |
| | ) | Aiding and Abetting |
| | ) | 18 U.S.C. § 2 |



## MOTION TO SEAL INDICTMENT

The United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(4), to seal the above-styled indictment until such time as the defendants are in custody or have been released pending trial.

WHEREFORE, the government moves that the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process.

Respectfully submitted this 5th day of October 2021.

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

_____
Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947