# United States District Court

SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **5:21-cr-9-17**

United States of America

vs.

**Rosalva Garcia-Martinez**
**10:00-10:47**

Defendant/Age

**Tania Groover**
U. S. Attorney

**Tina Maddox**
Attorney for Defendant

☑ Plea agreement **(Received).**  ☑ Defendant Sworn  ☐ Counsel Waived.

☐ Plea agreement previously filed.

☐ Arraigned and plead _____ to count(s) _____ .

☑ Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **Fifty-four** of the indictment.

☑ Factual basis **Established.** **Oral.** **Plea Accepted** Witness for factual basis **S/A Borup** .

☑ Adjudication of guilt **Made.**

☑ Referred to probation office for pre-sentence investigation **Yes.**

☑ Sentencing Scheduled for **later date** at **TBD** .

☑ Bond Continued **Yes.**  Bond modified to _____ .

Bond set at _____ _____

☐ Bond not made defendant in jail.

☐ Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**   Date **1/29/2024**
Court Reporter **Debra Gilbert**   Probation Officer **Kristina Renfroe**
Courtroom Deputy Clerk **Kim Mixon**   U.S. Marshal **Jason Parnell**